THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED NARZYNSKI, Appellant.— Motion for leave to appeal as a poor person on typewritten record and brief granted. All concur.

In the Matter of the Claim of MARY T. PIECZONKA, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.— Motion to withdraw appeal. Appeal withdrawn. All concur.

In the Matter of the Claim of KATHLEEN HERR, Respondent, against NIAGARA SHIPBUILDING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion granted and decision modified so as to provide that costs be payable to the Workmen's Compensation Board. All concur. [See *ante*, p. 457.]

In the Matter of CHILDS COMPANY et al., Appellants. MICHAEL J. MURPHY, as Acting Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 460.]

SARAH V. KINNEY, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals. Motion denied, with $10 costs. Hill, P. J., Heffernan, Brewster and Lawrence, JJ., concur; Foster, J., taking no part. [See *ante*, p. 864.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILES GOULD, Appellant.— Motion for reargument denied. All concur. [See *ante*, p. 865.]

In the Matter of SAMUEL WEBER, Petitioner, against GEORGE D. STODDARD, as Commissioner of Education of the State of New York, on Behalf of the State Education Department and the Board of Regents, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 865.]

In the Matter of the Claim of VITA STOLPI, Respondent, against NATIONAL CANDLE COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 869.]